# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

v.

**REDACTED
CRIMINAL COMPLAINT**

*KORDELL LAMEMAN*

**CASE NUMBER:**  20-4052MJ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

On or between January 12, 2019, and June 13, 2019, in the District of Arizona, Defendant *KORDELL LAMEMAN*, produced child pornography (Jane Doe #1), in violation of Title 18, United States Code, Section 2251(a).

## COUNT 2

On or between January 12, 2019, and June 13, 2019, in the District of Arizona, Defendant *KORDELL LAMEMAN*, received child pornography (Jane Doe #1), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or between January 31, 2019, and July 8, 2019, in the District of Arizona, Defendant *KORDELL LAMEMAN*, produced child pornography (Jane Doe #2), in violation of Title 18, United States Code, Section 2251(a).

## COUNT 4

On or between January 31, 2019, and July 8, 2019, in the District of Arizona, Defendant *KORDELL LAMEMAN*, received child pornography (Jane Doe #2), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 5

On or between July 1, 2019, and July 7, 2019, in the District of Arizona, Defendant *KORDELL LAMEMAN*, engaged in the sexual abuse of a minor (Jane Doe #2), in violation of Title 18, United States Code, Section 2243.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached affidavit and made a part hereof:   ☒   Yes   ☐   No

REVIEWED BY: *s/ AUSA Brett A. Day*

___X___   Pursuant to 28 U.S.C. §1746(2), I declare that the foregoing is true and correct.

Dawn A. Martin, Special Agent FBI
Complainant's Name and Title

Complainant's Signature                     Date

___03/17/2020 @ 1:55 p.m.___
Date/Time

Flagstaff, Arizona
City and State

Hon. Camille D. Bibles
United States Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

- 2 -

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF ARIZONA

3   **STATEMENT OF PROBABLE CAUSE**

4

5

6   Your affiant, Dawn A Martin, a Special Agent with Federal Bureau of

7   Investigation (FBI), being duly sworn, deposes and states as follows:

8   **INTRODUCTION**

9   The facts of this case, as more fully detailed herein, are from January 4, 2019

10   through July 8, 2019, Kordell Lameman, with the Facebook user name

11   "kordell.lameman.90", ESP User ID:  100031963149430, communicated with a 12 year

12   old female and a 15 year old female, requesting sexually explicit (child pornography)

13   images and discussing their sexual activities together.  Facebook, Inc. reported in

14   CyberTip #56794520, "kordell.lameman.90", ESP User ID:   100031963149430,

15   discussed, through Facebook Messenger chat, sexual encounters with each of the females

16   including "Jane Doe #1", ESP User ID:  1000265199963544, and "Jane Doe #2", ESP

17   User ID: 100027774013114.  Additionally, "kordell.lameman.90" requested "Jane Doe

18   #1", further reported in CyberTip #56672843, and "Jane Doe #2", further reported in

19   CyberTips #52845502 and #56673134, to provide sexually explicit images.  I am

20   requesting an arrest warrant for Kordell Lameman for violation of 18 U.S.C. §§ 2251(a)

21   which makes it a crime to produce, or attempt to produce, child pornography, 18 U.S.C. §§

22   2252(a)(2) which makes it a crime to distribute and receive child pornography and 18

23   U.S.C. §§ 2243 which makes it a crime to engage in the sexual abuse of a minor.

24   I, Dawn A Martin, have been employed as a Special Agent of the Federal Bureau of

25   Investigation since April of 2004, and am currently assigned to the Phoenix Field Office,

26   Flagstaff Resident Agency.  I am assigned to conduct investigations pursuant to the FBI's

27   Innocent Images National Initiative (IINI), which focuses on crimes where computers and

28   the Internet are used in the sexual exploitation of children.  I have received basic and on-

1

1   the-job training in the investigation of cases involving the sexual exploitation of children.

2   The statements contained in this Affidavit are based on my experience and background as

3   a Special Agent and on information provided by other law enforcement agents.   As a

4   federal agent, I am authorized to investigate violations of United States laws and to execute

5   warrants issued under the authority of the United States.

6   **DETAILS OF THE INVESTIGATION**

7   1.   On October 7, 2019, Facebook reported to the National Center for Missing

8   and Exploited Children (NCMEC), via Cyber Tipline Report #56794520, between January

9   4, 2019 and July 8, 2019, an individual on Facebook, with the user name

10   "kordell.lameman.90", engaged in Facebook Messenger chats with three individuals where

11   they discussed sexual encounters they had with "kordell.lameman.90".   With two

12   individuals, "kordell.lameman.90" requested and received sexually explicit images via

13   Facebook Messenger.   Facebook reported "kordell.lameman.90" was assigned ESP User

14   ID: 100031963149430.   Facebook provided the email address kordellwlame@gmail.com

15   as a confirmed contact for "kordell.lameman.90" and a historical telephone number of 435-

16   237-2706.

17   **JANE DOE #1**

18   2.   Facebook provided the following Messenger chats sent between "Jane Doe

19   #1", ESP User ID:   1000265199963544, and "kordell.lameman.90" on January 12, 2019:

20   [Jane Doe #1 (100026519963544) - 01/12/2019 10:47:00pm PST]

21   How old are u

22   [Kordell Lameman (100031963149430) - 01/12/2019 10:47:10pm PST]

23   I'm 18

24   [Kordell Lameman (100031963149430) - 01/12/2019 10:47:12pm PST]

25   Hbu?

26   [Jane Doe #1 (100026519963544) - 01/12/2019 10:47:14pm PST]

27   Wow

28   [Jane Doe #1 (100026519963544) - 01/12/2019 10:47:16pm PST]

2

1   Am 12

2   [Kordell Lameman (100031963149430) - 01/12/2019 10:47:23pm PST]

3   Oh really ?

4   [Jane Doe #1 (100026519963544) - 01/12/2019 10:47:28pm PST]

5   Yeah

6   [Jane Doe #1 (100026519963544) - 01/12/2019 10:47:36pm PST]

7   I don't look 12 do I

8   [Kordell Lameman (100031963149430) - 01/12/2019 10:47:51pm PST]

9   Heh nahhh

10      3.      Facebook provided the following Messenger chats and image sent between

11   "Jane Doe #1", ESP User ID:   1000265199963544, and "kordell.lameman.90" on June 13,

12   2019:

13           [Kordell Lameman (100031963149430) - 06/13/2019 7:23:00am PDT]

14           Then lemme see that hairy pussy ☐☐

15           [Jane Doe #1 (100026519963544) - 06/13/2019 7:24:06am PDT]

16           2600:100d:b05f:a73d:5434:ef0a:96d0:189a - The Jane Doe #1 account

17           (UID 100026519963544) sent an image reported as apparent Child

18           Exploitive Image: image reported in CyberTip #56672843

19      4.      On October 4, 2019, Facebook reported to the National Center for Missing

20   and Exploited Children (NCMEC), via Cyber Tipline Report #56672843, between January

21   17, 2019 and April 16, 2019, "Jane Doe #1" sent "kordell.lameman.90", five (5) images

22   and two (2) videos.   The images and videos I reviewed, can be described as follows:

23           a. **532zoc73nzoc8kw056925502_377412753113280_118481642137321472_**

24              **n.mp4** – This 20 second color video depicts a post pubescent female, naked

25              from the waist down, sitting on a bright pink sheet, inserting her finger into

26              her vagina.   The video is a close-up of her genitalia.

27           b. **91e261pgb280so0w50639495_239504310285990_6180625197855408128**

28              **_o.jpg** – This color image depicts a post pubescent female, wearing a dark

3

1      blue or black shirt with yellow trim, naked from the waist down.    The image

2      is taken between the legs of the female and is a close-up of her genitalia.

3      c.  **bnc7focvh88woss856415713_319389768772519_8904209624064851968_**

4      **o.jpg** – This color image depicts a post pubescent female, naked from the

5      waist down, sitting on a bright pink sheet, spreading her genitalia open with

6      her fingers.    The image is a close-up of her genitalia.

7      d.  **3tnutq0ajccgco4k50221103_2112495645482729_7921212113907875840**

8      **_o.jpg** – This color image depicts a post pubescent female, naked from the

9      waist down, spreading her genitalia open with her fingers.    The image is

10     taken between the legs of the female and is a close-up of her genitalia.

11     e.  **5lejwdmx17k0ckgg50069593_363548447776354_5634482125773209600**

12     **_o.jpg** – This color image depicts a post pubescent female, naked from the

13     waist down, spreading her genitalia open with her fingers.    The image is

14     taken between the legs of the female and is a close-up of her genitalia.

15     f.  **6gckdsnpin40ok0010000000_406025180192213_3892554114772500480_**

16     **n.mp4** – This 1 minute 43 second color video depicts a post pubescent

17     female, naked from the waist down, sitting on a bright pink sheet, inserting

18     her finger into her vagina.    The video is a close-up of her genitalia.

19     g.  **27sj0nolh7pcw84w68941788_373870080173654_8062828820723400704**

20     **_n.jpg** – This color image is a selfie of a post pubescent female with long

21     dark hair.    The image has dog ears and nose superimposed on the female's

22     face.

23     5.    The IP address for "Jane Doe #1" resolves to the region of Kayenta, within

24  the Navajo Indian Reservation, in the state of Arizona.

25     6.    On January 9, 2020, "Jane Doe #1" was positively identified as Jane Doe #1,

26  a 12 year old female based on school records.

27

28

4

1    7.    Jane Doe #1 was forensically interviewed on February 25, 2020.   Jane Doe

2    #1 admitted to messaging with Lameman who would always ask for nude images and

3    videos.   Jane Doe #1 recalled sending 3 or 4 images and 3 or 4 videos to Lameman.

4    8.    Jane Doe #1 identified herself in an image described as a naked full body

5    selfie of a post pubescent female with long dark hair, standing with her arms raised and

6    legs slightly spread, with dog ears and nose superimposed on the female's face.   Jane Doe

7    #1 said the image was taken in the bathroom at her grandparent's house when she was 12

8    years old.

9    9.    Jane Doe #1 identified herself in an image described as a naked selfie of a

10   post pubescent female bending over with her legs spread focused on her buttocks and

11   genitalia.   Jane Doe #1 said the image was taken in the bathroom at her grandparent's

12   house when she was 12 years old.

13   10.    Jane Doe #1 recalled she sent some videos to Lameman but could not recall

14   the content of the videos.   Jane Doe #1 said the videos were Lameman's idea and he told

15   her to touch herself.   Those videos were taken at Jane Doe #1's grandparent's house when

16   she was 12 years old.

17                                    **JANE DOE #2**

18   11.    Facebook provided the following Messenger chats sent between "Jane Doe

19   #2", ESP User ID:   100027774013114, and "kordell.lameman.90" on January 31, 2019:

20           [Jane Doe #2 (100027774013114) - 01/31/2019 3:43:26pm PST]

21           How old are you???

22           [Kordell Lameman (100031963149430) - 01/31/2019 4:07:30pm PST]

23           I'm 22

24           [Kordell Lameman (100031963149430) - 01/31/2019 4:07:32pm PST]

25           Hbu?

26           [Jane Doe #2 (100027774013114) - 01/31/2019 4:08:04pm PST]

27           14..

28           [Kordell Lameman (100031963149430) - 01/31/2019 4:11:12pm PST]

1    Oh really ??

2    [Jane Doe #2 (100027774013114) - 01/31/2019 4:11:21pm PST]

3    Yeah

4    [Kordell Lameman (100031963149430) - 01/31/2019 4:12:07pm PST]

5    So you're a freshman ?

6    [Jane Doe #2 (100027774013114) - 01/31/2019 4:17:47pm PST]

7    Yeah

8    [Jane Doe #2 (100027774013114) - 01/31/2019 4:17:58pm PST]

9    Meaning we cant rewlly hang out

10   [Kordell Lameman (100031963149430) - 01/31/2019 4:22:38pm PST]

11   Really ?

12   [Jane Doe #2 (100027774013114) - 01/31/2019 4:27:06pm PST]

13   Yeah

14   [Jane Doe #2 (100027774013114) - 01/31/2019 4:27:12pm PST]

15   My aunt won't let me

16   [Jane Doe #2 (100027774013114) - 01/31/2019 4:27:19pm PST]

17   Unless we meet somewhere

18   [Kordell Lameman (100031963149430) - 01/31/2019 4:27:53pm PST]

19   Yeah uhm where could we meet ?

20      12.   Facebook provided the following Messenger chats sent between "Jane Doe

21   #2", ESP User ID:  100027774013114, and "kordell.lameman.90" on July 7, 2019 and

22   July 8, 2019:

23   [Jane Doe #2 (100027774013114) - 07/07/2019 10:49:20pm PDT]

24   Did you actually use the condom

25   [Kordell Lameman (100031963149430) - 07/07/2019 10:51:44pm PDT]

26   Yeah

27   [Jane Doe #2 (100027774013114) - 07/07/2019 10:52:08pm PDT]

28   I don't really believe you

6

1   [Kordell Lameman (100031963149430) - 07/07/2019 10:52:27pm PDT]

2   When we started

3   [Jane Doe #2 (100027774013114) - 07/07/2019 10:52:41pm PDT

4   I knew you didn't use it

5   [Jane Doe #2 (100027774013114) - 07/07/2019 10:53:12pm PDT]

6   That's ok as long as you promise to never ever cum in me and all that

7   we'll be fine

8   [Kordell Lameman (100031963149430) - 07/07/2019 10:53:42pm PDT]

9   I tried but it felt so good

10  [Kordell Lameman (100031963149430) - 07/07/2019 10:54:07pm PDT]

11  I promise

12  [Kordell Lameman (100031963149430) - 07/07/2019 10:54:16pm PDT]

13  I tell you I'm the pull out champ

14  [Jane Doe #2 (100027774013114) - 07/07/2019 10:55:05pm PDT]

15  Next time cum like on my stomach so you don't get it on your hands again

16  [Kordell Lameman (100031963149430) - 07/07/2019 10:55:45pm PDT]

17  Shoulda fed you my cum from my hand

18  [Jane Doe #2 (100027774013114) - 07/07/2019 10:57:31pm PDT]

19  I would've taken it like a good girl

20  [Kordell Lameman (100031963149430) - 07/07/2019 10:58:41pm PDT]

21  You did take it like a good girl □□

22  [Jane Doe #2 (100027774013114) - 07/07/2019 10:59:16pm PDT]

23  Cause I am a good girl most of the time

24  [Jane Doe #2 (100027774013114) - 07/07/2019 11:18:00pm PDT]

25  Also I totally thought you were kidding when we were talking about it

26  [Kordell Lameman (100031963149430) - 07/07/2019 11:20:42pm PDT]

27  Mmmm I love the sound of that and kidding about what?

28  [Kordell Lameman (100031963149430) - 07/07/2019 11:20:52pm PDT]

7

1   Not gonna lie my dick feels soft because of you

2   [Jane Doe #2 (100027774013114) - 07/07/2019 11:28:52pm PDT]

3   Kidding about us doing that

4   [Jane Doe #2 (100027774013114) - 07/07/2019 11:29:06pm PDT]

5   Hehe does that mean I did good?

6   [Kordell Lameman (100031963149430) - 07/07/2019 11:29:47pm PDT]

7   Oh like fucking and yesss you did really good

8   [Kordell Lameman (100031963149430) - 07/07/2019 11:29:56pm PDT]

9   I loved the way you were choking on my dick

10   [Jane Doe #2 (100027774013114) - 07/07/2019 11:31:05pm PDT]

11   Hehe good girls do what the guy saysss

12   [Kordell Lameman (100031963149430) - 07/07/2019 11:31:14pm PDT]

13   Mmmm

14   [Kordell Lameman (100031963149430) - 07/07/2019 11:31:24pm PDT]

15   I wish I could see how your pussy looks right now □

16   [Jane Doe #2 (100027774013114) - 07/07/2019 11:32:38pm PDT]

17   Hehe when's the next time you're coming down?

18   [Kordell Lameman (100031963149430) - 07/07/2019 11:33:02pm PDT]

19   Hopefully this weekend if I can

20   [Kordell Lameman (100031963149430) - 07/07/2019 11:35:07pm PDT]

21   Could I see a pic of your pussy rn maybe ?

22   [Jane Doe #2 (100027774013114) - 07/07/2019 11:39:06pm PDT]

23   Nuuhhh

24   [Kordell Lameman (100031963149430) - 07/07/2019 11:39:54pm PDT]

25   Pleaseee

26   [Jane Doe #2 (100027774013114) - 07/07/2019 11:54:30pm PDT]

27   Nuhhh

28   [Kordell Lameman (100031963149430) - 07/07/2019 11:56:10pm PDT]

8

1    Just a little

2    [Jane Doe #2 (100027774013114) - 07/08/2019 12:01:42am PDT]

3    104.247.137.47 - The Jane Doe #2 account (UID 100027774013114) sent

4    an image reported as apparent Child Exploitive Image: image reported in

5    CyberTip #56673134

6    [Kordell Lameman (100031963149430) - 07/08/2019 12:02:14am PDT]

7    Mmmm show me a little more lower ☐

8    [Jane Doe #2 (100027774013114) - 07/08/2019 12:08:23am PDT]

9    104.247.137.47 - The Jane Doe #2 account (UID 100027774013114) sent

10   an image reported as apparent Child Exploitive Image: image reported in

11   CyberTip #52845502

12   [Kordell Lameman (100031963149430) - 07/08/2019 12:09:52am PDT]

13   Damn I can't wait to have moreee ☐☐☐

14   13.   On October 4, 2019, Facebook reported to the National Center for Missing

15   and Exploited Children (NCMEC), via Cyber Tipline Report #56673134, on July 8, 2019,

16   "Jane Doe #2" sent "kordell.lameman.90", three (3) images.   The images I reviewed, can

17   be described as follows:

18       a.   **4f860oxsbbwgk8oo66378926_679348322492345_9121807175679737856**

19           **_o.jpg** – This color image depicts a post pubescent female, naked from the

20           waist down, sitting on a black blanket with multi-colored flowers, with her

21           legs spread.   The image is a close-up of her genitalia.   The image is very

22           dark.

23       b.   **apkpht8nits8w0s866139902_746300429119795_486077284432740352_o**

24           **.jpg** – This color image depicts a post pubescent female, naked from the waist

25           down, sitting on a black blanket with multi-colored flowers, with her legs

26           spread.   The image is a close-up of her genitalia.

27       c.   **bbmscabmnc0kgcok47577230_203114167291049_636581731571125452**

28           **8_n.jpg** – This color image is a selfie of a post pubescent female with short,

9

1    pink hair.   The image has dog ears and nose superimposed on the female's
2    face.

3    14.    On July 26, 2019, Facebook reported to the National Center for Missing and
4    Exploited Children (NCMEC), via Cyber Tipline Report #52845502, on July 8, 2019,
5    "Jane Doe #2" sent "kordell.lameman.90", two (2) images.   The images I reviewed, can
6    be described as follows:

7          a.   **5ndqccq9o0sggwoc66139902_746300429119795_486077284432740352_**
8               **o.jpg** -- This color image depicts a post pubescent female, naked from the
9               waist down, sitting on a black blanket with multi-colored flowers, with her
10              legs spread.   The image is a close-up of her genitalia.

11         b.   **1dyyjnd9x7r4skck66378926_679348322492345_9121807175679737856_**
12              **o.jpg** -- This color image depicts a post pubescent female, naked from the
13              waist down, sitting on a black blanket with multi-colored flowers, with her
14              legs spread.   The image is a close-up of her genitalia.   The image is very
15              dark.

16   15.    The IP address for "Jane Doe #2" resolves to the region of Kayenta, within
17   the Navajo Indian Reservation, in the state of Arizona.

18   16.    On January 9, 2020, "Jane Doe #2" was positively identified as a 15 year old
19   female based on school records.

20   17.    Jane Doe #2 was forensically interviewed on February 25, 2020.   Jane Doe
21   #2 recalled Lameman first messaged her when she was being home schooled.

22   18.    Lameman really wanted to hang out with Jane Doe #2 and eventually agreed.
23   Sometime after the 4th of July, Lameman picked Jane Doe #2 up at her house and drove to
24   the desert behind her house.   Lameman pressured Jane Doe #2 to have sex with him in his
25   car.   Lameman took Jane Doe #2's clothes off, got on top of Jane Doe #2, with his legs
26   between hers and inserted his penis into her vagina.   When Lameman stopped, Jane Doe
27   #2 got dressed and Lameman took her home.

28   19.

1    **KORDELL LAMEMAN**

2    20.    The IP address for "kordell.lameman.90" resolves to the region of Salt Lake

3    City, Utah.

4    21.    On January 8, 2020, an administrative subpoena was served on T-Mobile for

5    telephone number 435-237-2706.

6    22.    On January 9, 2020, T-Mobile provided the following results:

7        a.  Subscriber name:   Meridith Benally

8        b.  Address:                459, Bluff, UT  84512

9        c.  Account Active:    November 15, 2009

10   23.    On January 9, 2020, a check of Accurint for Law Enforcement, showed

11   Meridith Benally to be related to Norman Lameman.   Meridith Benally previously utilized

12   the address PO Box 875, Montezuma Creek, UT  84534, which is currently associated

13   with Norman Lameman and Kordell Lameman.

14   24.    On January 9, 2020, a check of Accurint for Law Enforcement, showed

15   Kordell Lameman (year of birth 1996) to be related to Norman Lameman (year of birth

16   1965) and Meridith Benally (year of birth 1975).

17   25.    On January 9, 2020, a check of the Arizona Department of Motor Vehicles

18   (DMV), showed Kordell Lameman to have a valid Arizona driver's license with his address

19   in Red Mesa, within the Navajo Indian Reservation, in the state of Arizona.

20   26.    On January 9, 2020 a check of the Arizona DMV showed Kordell Lameman

21   to own a 2000 Chevy Silverado pick-up truck.

22   27.    On January 17, 2020, Hon. Camille D. Bibles issued a federal search warrant

23   for the Facebook account of "kordell.lameman.90".

24   28.    On January 22, 2020, Facebook provided over 46,000 pages of information

25   including chat messages, friend lists and user information, over 1,800 images files and over

26   200 video files.

27   29.    On February 27, 2020, I completed a review of the Facebook search warrant

28   return and determined Lameman, from December 28, 2018 to July 25, 2019, chatted with

11

1    an additional 20 users, asking for nude images or videos and asking to meet up for sex.

2        30.    Of the additional 19 users, an 11 year old sent nude images, a 12 year old, a

3    14 year old, a 16 year old and a high school student met Lameman and engaged in sex and

4    a junior in high school sent images and met Lameman and engaged in sex.   Additionally,

5    eight girls, who did not provide their ages, sent nude images or videos to Lameman, three

6    girls, who did not provide their ages, met Lameman and engaged in sex, and two girls, who

7    did not provide their ages, both sent images or videos and met Lameman and engaged in

8    sex.

9        31.    Efforts are on-going to positively identify the additional 20 users with whom

10   Lameman was chatting.

11                                **CONCLUSION**

12       32.    Based on the foregoing, your affiant respectfully submits there is probable

13   cause to believe violations federal law occurred from January 13, 2019 to July 24, 2019,

14   Kordell Lameman directed Jane Doe #1, a 12 year old female, to send nude images, in

15   violation of Title 18 U.S.C. §§ 2251(a) which makes it a crime to produce, or attempt to

16   produce, child pornography, and Title 18 U.S.C. §§ 2252(a)(2) which makes it a crime to

17   distribute and receive child pornography.

18       33.    Based on the foregoing, your affiant respectfully submits there is probable

19   cause to believe violations federal law occurred from January 30, 2019 to July 14, 2019,

20   Kordell Lameman directed Jane Doe #2, a 15 year old female, to send nude images and

21   engaged in sexual intercourse with Jane Doe #2, in violation of Title 18 U.S.C. §§ 2251(a)

22   which makes it a crime to produce, or attempt to produce, child pornography, Title 18

23   U.S.C. §§ 2252(a)(2) which makes it a crime to distribute and receive child pornography

24   and Title 18 U.S.C. §§ 2243 which makes it a crime to engage in the sexual abuse of a

25   minor.

26

27

28

                                      12

1    **Pursuant to 28 U.S.C. §§ 1746(2), I declare under penalty of perjury that the**
2    **foregoing is true and correct to the best of my knowledge and belief.**
3                                          Respectfully submitted,
4
5
6
7                                          Dawn A Martin
8                                          Special Agent
9                                          Federal Bureau of Investigation
10
11          Subscribed and sworn electronically this ___17th___ of March, 2020.
12
13
14                                          _____
15                                          HONORABLE CAMILLE D. BIBLES
16                                          United States Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

13